IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JENNIE R. POWERS,

    Plaintiff,

vs.                                    CASE NO. 5:10cv21/RS-AK

APPLIED RESEARCH ASSOCIATES, INC.,

    Defendant.
_____/

## ORDER

Before me are Plaintiff's Motion For Order Permitting Amendment Of Complaint To Add One Additional Legal Theory Against Existing Defendant (Doc. 23) and Defendant's Memorandum In Opposition (Doc. 26). The deadline for amendment of pleadings was August 2, 2010. Plaintiff's Motion (Doc. 23) was filed August 31, 2010. Plaintiff's proposed amendment is not necessary for a complete resolution of Plaintiff's claim of employment discrimination and retaliation and would unnecessarily delay trial of that claim.

Plaintiff's Motion For Order Permitting Amendment Of Complaint (Doc. 23) is **denied**.

**ORDERED** on September 17, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**