IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JENNIE R. POWERS,

    Plaintiff,

vs.                      CASE NO. 5:10cv21/RS-GRJ

APPLIED RESEARCH ASSOCIATES, INC.,

    Defendant.
_____/

## ORDER

The relief requested by Defendant's Motion For Court Approval Of Stipulation (Doc. 36) is **granted**.

**ORDERED** on September 22, 2010.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**