# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**JENNIE POWERS,**

    **Plaintiff,**

**vs.**                         **CASE NO. 5:10cv21/RS-GRJ**

**APPLIED RESEARCH ASSOCIATES, INC.,**

    **Defendants.**
_____/

## ORDER

Before me is the parties' joint stipulation of dismissal (Doc. 39). Pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed with prejudice. The clerk is directed to close the file.

    **ORDERED** on November 19, 2010.

                                      /s/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**